# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MCKIMMEY ELECTRIC, INC., a Nevada corporation,

Plaintiff,

vs.

FLAMINGO/TC, LLC, a Nevada limited liability company, et al,

Defendants.

2:10-cv-00382-PMP-RJJ

**ORDER**

Having read and considered Plaintiff-in-Intervention, NORPAC Construction's Motion for Order Prohibiting FDIC from Taking any Action Against the Subject Real Property (Doc. #72), filed on June 30, 2010, A.C. Houston Lumber Company's Joinder thereto (Doc. #78), and the Opposition of FDIC (Doc. #77) filed July 2, 2010, and having further considered the arguments of counsel presented at the hearing conducted July 7, 2010, and in accord with the provisions of Title 12 U.S.C. § 1821(j), and good cause appearing,

**IT IS ORDERED that** NORPAC Construction's Motion for Order Prohibiting FDIC from Taking any Action Against the Subject Real Property (Doc. #72), and A.C. Houston Lumber Company's Joinder thereto (Doc. #78) are hereby **DENIED**.

DATED:  July 9, 2010.

_____
PHILIP M. PRO
United States District Judge