1  GUS W. FLANGAS, ESQ.
   Nevada Bar No. 4989
2  DIMITRI P. DALACAS, ESQ.
   Nevada Bar No. 7325
3  **FLANGAS MCMILLAN LAW GROUP**
   3275 South Jones Blvd., Suite 105
4  Las Vegas, Nevada 89146
   Phone: (702) 307-9500
5  Fax: (702) 382-9452
   Email: dpd@flangasmcmillan.com
6  Attorneys for NORPAC CONSTRUCTION, LLC

7

   **UNITED STATES DISTRICT COURT**
8
   **SOUTHERN DISTRICT OF NEVADA**
9

10 | McKIMMEY ELECTRIC, INC., a Nevada corporation,
11 |
   |                    Plaintiff,
12 | vs.                                              | CASE NO.:   2:10-cv-00382-PMP-RJJ
13 | FLAMINGO/TC, LLC, a Nevada limited liability company; IOTA INDIGO, LLC a Nevada limited
14 | liability company; HIGHLAND DEVELOPMENT CO. dba WESTMARK HOMES, a Nevada
15 | corporation; FEDERAL DEPOSIT INSURANCE    | **ORDER GRANTING**
   | CORPORATION as Receiver for AMTRUST      | **NORPAC CONSTRUCTION'S**
16 | BANK f/k/a OHIO SAVINGS BANK, a federal  | **MOTION FOR INTEREST, COSTS,**
   | savings bank; ASPEN FINANCIAL SERVICES,  | **AND ATTORNEY'S FEES**
17 | LLC, a Nevada limited liability company, on behalf of and as attorney in fact for the Firms and
18 | Individuals collectively defined as Lenders on Exhibit "1" attached hereto and incorporated
19 | herein by reference; THE FIRMS AND INDIVIDUALS identified on Exhibit "1" attached
20 | hereto and incorporated herein, all of whom are named as Defendants in this action; and DOES 1-
21 | 500, inclusive,
22 |                    Defendants.
23 | AND ALL RELATED ACTIONS

24

25 / / / /

26 / / / /

27 / / / /

28 / / / /

**ORDER GRANTING NORPAC CONSTRUCTION'S MOTION FOR INTEREST, COSTS, AND ATTORNEY'S FEES**

Plaintiff-in-Intervention Norpac Construction's Motion for Interest, Costs, and Attorney's Fees coming on before the Court on August 26, 2010, at the hour of 10:30 a.m., NORPAC CONSTRUCTION, LLC represented by DIMITRI P. DALACAS, ESQ. of the FLANGAS MCMILLAN LAW GROUP; AMTRUST BANK AND IOTA INDIGO, LLC represented by MARK A. SMITH, ESQ. of the law firm of SHIMON AND SMITH, P.C., and the Court having considered the Motion, and there being no opposition thereto, and the argument of counsel and good cause appearing therefore, the Court hereby **GRANTS** Norpac Construction's Motion.

Based upon the foregoing and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED, that Norpac Construction's Motion for Interest, Costs, and Attorney's Fees is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that NORPAC CONSTRUCTION, LLC shall have and recover from Defendants the revised sum of **$74,684.18** for reasonable attorney's fees and the costs of suit incurred herein as of August 25, 2010, since NORPAC CONSTRUCTION, LLC has been required to retain the services of an attorney to prosecute this action.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that NORPAC CONSTRUCTION, LLC shall have and recover from Defendants the revised sum of **$138,489.22** for interest on its $865,781.57 Judgment accrued herein as of August 25, 2010, plus continuing interest thereon through to the date that the Judgment is paid in full at a rate per annum pursuant to NRS 108.237.

IT IS SO ORDERED this 1st day of September, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

*[signature]*

GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
DIMITRI P. DALACAS, ESQ.
Nevada Bar No. 7325
**FLANGAS MCMILLAN LAW GROUP**
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Phone: (702) 307-9500
Fax: (702) 382-9452
Attorneys for NORPAC CONSTRUCTION, LLC
CASE NO.:   2:10-cv-00382-PMP-RJJ