# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

McKimmey Electric Inc

Plaintiff,

V.

Flamingo/TC LLC et al

Defendants.

**ATTORNEY FEES**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-CV-0382 PMP-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the [16] MOTION for Attorney Fees Interest and Costs filed by Norpac Construction, LLC is GRANTED. Norpac Construction LLC shall recover from Defendants the revised sum of $74,684.18 for reasonable attorneys fees and the costs of suit incurred as of 8/25/10. Norpac Construction LLC shall recover from defendants the revised sum of $134,489.22 for interest on its $865,781.57 Judgment accrued as of 8/25/10, plus continuing interest through to the date that the Judgment is paid in full.

| | |
|---|---|
| September 1, 2010 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |