**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MCKIMMEY ELECTRIC, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FLAMINGO/TC, LLC, a Nevada limited liability company, et al, <br><br> Defendants. <br><br> AND RELATED INTERVENTION ACTIONS | 2:10-CV-00382-PMP-RJJ <br><br> **ORDER** |

The Court having read and considered Plaintiffs' Motion for Interest, Costs and Attorneys' Fees (Doc. #15), filed on March 31, 2010, on behalf of Plaintiffs McKimmey Electric, Inc., and Lien Claimants, LDI Mechanical, Inc., Chaparral Contracting, Inc., and San Gabriel Construction, Inc., Defendant IOTA INDIGO, LLC's Response in Opposition thereto (Doc. #36) filed April 16, 2010, and Plaintiffs Reply Memorandum (Doc. #46) filed April 26, 2010, and having further considered the arguments of counsel presented at the hearing conducted August 26, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiffs' Motion for Interest, Costs and Attorneys' Fees (Doc. #15) is **GRANTED**, and that Plaintiff shall, within 10 days from the date of this Order, submit a proposed form of order reflecting the award of

prejudgment interest, costs, and attorneys fees on behalf of Plaintiff and the moving lien claimants as reflected in Plaintiffs' motion, but also as corrected by the reduction of two hours of attorneys' fees as addressed by the parties in argument on the motion at the hearing conducted August 26, 2010.

DATED: September 2, 2010.

                                                          _____
                                                          PHILIP M. PRO
                                                          United States District Judge