# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MCKIMMEY ELECTRIC, INC., a Nevada corporation, | 2:10-CV-00382-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| FLAMINGO/TC, LLC, a Nevada limited liability company, et al, | |
| Defendants. | |
| AND RELATED INTERVENTION ACTIONS | |

The Court having read and considered Defendant IOTA INDIGO, LLC's fully briefed Motions for Reconsideration of State District Court Order Granting Partial Summary Judgment in Favor of Plaintiffs (Doc.'s #82, #102), and good cause appearing,

**IT IS ORDERED that** Defendant IOTA INDIGO, LLC's fully briefed Motions for Reconsideration of State District Court Order Granting Partial Summary Judgment in Favor of Plaintiffs (Doc.'s #82, #102) are **DENIED**.

DATED: September 2, 2010.

PHILIP M. PRO
United States District Judge