1 CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
2 McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
3 Las Vegas, Nevada  89106
(702) 385-7383
4 FAX (702) 385-6744
5 Attorneys for Plaintiffs, McKIMMEY ELECTRIC, INC,
and Lien Claimants, LDI Mechanical, Inc., Chaparral
6 Contracting, Inc., and San Gabriel Construction, Inc.

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| 10 McKIMMEY ELECTRIC, INC., a Nevada Corporation, | |
| 11 | CASE NO.  2:10-cv-00382 |
| 12          Plaintiff, | |
| 13      v. | |
| 14 FLAMINGO/TC, LLC, a Nevada limited Liability company; IOTA INDIGO, LLC, a Nevada limited liability company; HIGHLAND DEVELOPMENT CO. dba WESTMARK HOMES, a Nevada corporation; FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK f/k/a OHIO SAVINGS BANK, a federal savings bank; ASPEN FINANCIAL SERVICES, LLC, a Nevada limited liability company; and DOES 1-500 inclusive, | |
| 21          Defendants. | |
| 23 AND RELATED INTERVENTION ACTIONS | |

25 **ORDER AWARDING INTEREST, COSTS AND ATTORNEY'S FEES**

26     Plaintiff's Motion for Interest, Costs and Attorney's Fees having come on before this

27 Court and the Court having reviewed the Motion, Opposition and Reply thereto, as well as all

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

exhibits attached thereto, and having heard the argument of counsel, the Court FINDS that the attorney's fees charged by Plaintiff's counsel were reasonable both in their hourly rate, and the total fees expended.  The Court notes that, as acknowledged by counsel at the hearing, there was a two-hour inadvertent overbilling which amount is deducted from the specific award set forth herein.

The Court further FINDS that due to the nature and complexity of the case, the results obtained and the experience of Plaintiff's counsel both the hourly rate requested for attorney's fees, and the contingency requested for attorney's fees are reasonable.

The Court further FINDS that statutory interest is due on the Plaintiff's various mechanic's liens from the date each amount was due to the lien claimants as set forth in Plaintiff's Reply Brief.

Based upon the foregoing, it is hereby ORDERED, ADJUDGED and DECREED,

That McKimmey Electric, Inc., recover the sum of ONE HUNDRED FORTY-EIGHT THOUSAND TWO HUNDRED FIFTY-SIX AND 02/100 DOLLARS ($148,256.02) in attorney's fees, [1] the sum of SEVEN THOUSAND SIX HUNDRED FIFTY-SIX AND 02/10 DOLLARS ($7,656.02) in costs and the sum of ONE HUNDRED FOURTEEN THOUSAND SIX HUNDRED SIXTY-SEVEN AND 03/100 DOLLARS ($114,667.03) in pre-judgment interest.

It is further ORDERED, ADJUDGED and DECREED that San Gabriel Construction, Inc. is awarded SEVENTY THOUSAND FIVE HUNDRED SEVENTY-EIGHT AND 35/100 DOLLARS ($70,578.35) in attorney's fees, EIGHT HUNDRED FORTY-EIGHT AND 62/100 DOLLARS ($848.62) in costs, and pre-judgment interest in the amount of SEVENTY-SEVEN THOUSAND FORTY-NINE AND 75/100 DOLLARS ($77,049.75).

---

[1] This amount is two hours less than requested in Plaintiff's Motion.

1       It is further ORDERED, ADJUDGED and DECREED that LDI Mechanical, Inc. is

2  awarded FORTY THOUSAND THREE HUNDRED FIFTY-EIGHT AND 62/100 DOLLARS

3  ($40,358.62)  in attorney's fees, NINE HUNDRED FIFTY-THREE AND 35/100 DOLLARS

4  ($953.35) in taxable costs, and pre-judgment interest in the amount of SEVENTY-THREE

5  THOUSAND FOUR HUNDRED FIFTY-ONE AND 39/100 ($73,451.39).

6       It if further ORDERED, ADJUDGED and DECREED that Chaparral Contracting, Inc., is

7  awarded TWO HUNDRED SEVENTY-THREE THOUSAND TWO HUNDRED SEVENTY-

8  FIVE AND 05/100 DOLLARS ($273,275.05) in attorney's fees, EIGHT HUNDRED TWENTY-

9  SIX AND 29/100 DOLLARS ($826.29) in taxable costs, and pre-judgment interest in the amount

10  of SEVENTY-THREE THOUSAND SIX HUNDRED TWENTY-NINE AND 17/100

11  DOLLARS ($73,629.17).

12       It is further ORDERED, ADJUDGED and DECREED that all of the amounts awarded

13  herein, together with the amounts awarded to the lien claimants in the Order granting Plaintiff's

14  Motion for Partial Summary Judgment, shall bear statutory interest until satisfied.

     DATED:  September 7, 2010.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED:

McCULLOUGH & ASSOCIATES, LTD.

By:  /s/ *Christopher R. McCullough*
CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
601 S. Rancho Drive, #A-10
Las Vegas, Nevada  89106
Attorneys for Plaintiffs, McKIMMEY ELECTRIC, INC,
and Lien Claimants, LDI Mechanical, Inc., Chaparral
Contracting, Inc., and San Gabriel Construction, Inc.

1

**PROOF OF SERVICE**

2

      I hereby certify that I am a citizen of the United States and am employed in Clark County,

3

where this mailing occurs.  I am over the age of eighteen years and not a party to the within entitled action; my business address is 601 So. Rancho Drive, #A-10, Las Vegas, NV 89106.

4

      On April 20, 2010, I served the document described as ORDER AWARDING

5

INTEREST, COSTS AND ATTORNEY'S FEES, on the interested party(ies) in this action as follows:

6

7

Randal D. Shimon, Esq.
Mark A. Smith, Esq.

8

Shimon & Smith, PC
4175 S. Riley Street, Ste. 102

9

Las Vegas, NV 89147
Email: randy@shimonandsmith.com

10

Attorneys for Defendant
AmTrust Bank f/k/a Ohio Savings Bank

11

12

Donald Williams, Esq.                Wade B. Gochnour, Esq.
Williams & Wiese                   Howard & Howard Attorneys, P.C.

13

612 S. 10th Street                  3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV  89101             Las Vegas, NV 89169

14

Email: donaldhwilliams@gmail.com    Email:  wbg@h2law.com
Attorneys for Lien Claimant          Attorneys for Lien Claimant

15

The A.C. Houston Lumber Company    Statewide Fire Protection

16

David J. Winterton, Esq.             D. Shane Clifford, Esq.

17

David J. Winterton & Assoc.         Robin E. Perkins, Esq.
211 N. Buffalo Dr., Ste A           Dixon, Truman, Fisher & Clifford, PC

18

Las Vegas, NV  89145             221 No. Buffalo Drive, Ste. A
Email:  david@davidwinterton.com    Las Vegas, NV 89145

19

Attorneys for Lien Claimant          Email:  shanec@dixontruman.com

20

Bricker Construction                 Attorneys for Lien Claimant
                                     Pacific Coast Supply, LLC

21

22

Becky A. Pintar, Esq.               David A. Stephens, Esq.
Gibbs, Giden, Locher, Turner        Stephens Gourley & Bywater

23

& Senet LLP                     3636 No. Rancho Drive
3993 Howard Hughes Pkwy., Ste. 530  Las Vegas, NV 89130

24

Las Vegas, NV  89169             Email:  dstephens@lvcm.com
Email:  bpintar@gglt.com          Attorneys for Lien Claimants

25

Attorneys for Lien Claimant          Offsite Development, Inc.
The Masonry Group Nevada, Inc.

26

27

/ / / / /

28

/ / / / /

1

Christopher H. Byrd, Esq.
Fennemore Craig, PC

2

300 S. Fourth St., Ste. 1400
Las Vegas, NV   89101

3

Email: cbyrd@fclaw.com
Attorneys for Dean & Dunn Roofing, LLC

4

Brian K. Berman, Esq.
Brian K. Berman, Chtd.
721 Gass Avenue
Las Vegas, NV 89101
Email:  b.k.berman@att.net
Attorneys for Southwest Iron Works, LLC

5

Eleissa C. Lavelle, Esq.
Duane Morris LLP

6

100 North City Parkway, Ste 1560
Las Vegas, NV  89106

7

Email:  eclavelle@duanemorris.com
Attorneys for FDIC as

8

Receiver for Amtrust Bank

Gus W. Flangas, Esq.
Flangas McMillan Law Group
3275 S. Jones Blvd., Ste. 105
Las Vegas, NV 89106
Email: gwf@flangasmcmillan.com
Attorneys for Norpac Construction, LLC

9

10

**<u>Via U.S. Mail Only</u>**

11

12

Gerald Wade Donaldson
Total Sign Systems
3021 S. Valley View, #108

13

Las Vegas, NV  89102
Lien Claimant

14

15

16

☐    **BY MAIL:**   I am "readily familiar" with the firm's practice of collection and

17

processing  correspondence for mailing.  Under that practice it would be deposited
with the U.S. Postal Service on that same day with postage thereon fully prepaid at
Las Vegas, NV, in the ordinary course of business.

18

19

◙    **BY ELECTRONIC SERVICE:**   I served a true copy, with all exhibits,
electronically on designated recipients via electronic transmission of said

20

document(s) as provided under Federal Rules of Civil Procedure.

21

22

*/s/ Willa Pettice*

23

Employee of McCullough, Perez & Associates, Ltd.

24

25

26

27

28