D. SHANE CLIFFORD, ESQ.
Nevada Bar No. 6602
ROBIN E. PERKINS, ESQ.
Nevada Bar No. 9891
**DIXON TRUMAN FISHER & CLIFFORD, P.C.**
221 North Buffalo Drive, Suite A
Las Vegas, NV 89145
(702) 821-1821
*Attorneys for Pacific Coast Supply LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| McKIMMEY ELECTRIC, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FLAMINGO/TC, LLC, a Nevada Limited liability company; HIGHLAND DEVELOPMENT CO. dba WESTMARK HOMES, a Nevada Corporation; AMTRUST BANK f/k/a OHIO SAVINGS BANK, a federal savings bank; DOES 1-5, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-00382-PMP-RJJ |
| AND ALL RELATED ACTIONS | |

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR PACIFIC COAST TO FILE ITS RESPONSE TO IOTA'S MOTION FOR RECONSIDERATION

Plaintiff PACIFIC COAST SUPPLY, LLC (hereinafter "Pacific Coast"), by and through counsel undersigned of the law firm of Dixon Truman Fisher & Clifford, P.C., and Defendant IOTA INDIGO, LLC ("IOTA") by and through their attorney of record of the law firm of Shimon & Smith, PC, hereby understand, stipulate and agree as follows:

1.  Defendant IOTA filed its Motion for Reconsideration of State District Court

Order Granting Summary Judgment in Favor of Lien Claimant Pacific Coast Supply, LLC, on August 23, 2010 [Doc. # 102].

2. Pacific Coast's response is due on or before September 9, 2010.

3. IOTA has granted Pacific Coast a one-week extension to allow Pacific Coast to file its response to the Motion for Reconsideration.

4. IOTA and Pacific Coast stipulate and agree that Pacific Coast shall file its response to IOTA's Motion for Reconsideration on or before September 16, 2010.

5. IOTA and Pacific Coast stipulate and agree that IOTA shall have ten (10) days from the filing of Pacific Coast's response, to file its reply to the response.

DATED this 31 day of August, 2010.

**DIXON TRUMAN FISHER & CLIFORD, P.C.**

*Robin E. Perkins*

D. Shane Clifford, Esq.
Nevada Bar No. 6602
Robin E. Perkins, Esq.
Nevada Bar No. 9891
221 N. Buffalo Dr., suite A
Las Vegas, NV  89145
*Attorneys for Plaintiff Pacific Coast*

DATED this 31st day of August, 2010.

**SHIMON & SMITH, PC**

Randal D. Shimon, Esq.
Nevada Bar No. 6122
4175 S. Riley St., Ste. 102
Las Vegas, Nevada 89147
*Attorneys for Defendant Amtrust Bank and IOTA*

////

## ORDER

The Court having read and considered the stipulation and agreement of the parties to this action, and finding good cause therefore, hereby ORDERS the following:

1. Plaintiff Pacific Coast Supply, LLC shall file its response to Defendant IOTA Indigo LLC's Motion for Reconsideration on or before September 16, 2010.

2. IOTA Indigo LLC shall have ten (10) days from the filing of Pacific Coast Supply, LLC's response, to file its reply to the response.

"IT IS SO ORDERED"

DATED this __ 10th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DIXON TRUMAN FISHER & CLIFFORD, P.C.

_____
D. SHANE CLIFFORD
Nevada Bar No. 6602
ROBIN E. PERKINS, ESQ.
Nevada Bar No. 9891
221 N. Buffalo Dr., suite A
Las Vegas, NV 89145
702-821-1821 (telephone)
702-259-9759 (facsimile)
*Attorneys for Plaintiff Pacific Coast*