1  Christopher H. Byrd, Esq. (No. 1633)
   FENNEMORE CRAIG, P.C.
2  300 South Fourth Street, Suite 1400
   Las Vegas, NV  89101
3  Telephone: (702) 692-8000
   Email:  cbyrd@fclaw.com
4
   Attorneys for Lien Claimant DEAN & DUNN ROOFING, LLC
5
          **UNITED STATES DISTRICT COURT**
6
                **DISTRICT OF NEVADA**
7

| McKIMMEY ELECTRIC, INC., a Nevada corporation, | CASE NO.:  2:10-cv-00382-PMP-RJJ |
|---|---|
| Plaintiff, | |
| v. | |
| FLAMINGO/TC, LLC, a Nevada limited liability company; IOTA INDIGO, LLC, a Nevada limited liability company; HIGHLAND DEVELOPMENT CO. dba WESTMARK HOMES, a Nevada corporation; FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK f/k/a OHIO SAVINGS BANK, a federal savings bank; ASPEN FINANCIAL SERVICES, LLC, a Nevada limited liability company; and DOES 1-500 inclusive, | |
| Defendants. | |
| AND ALL RELATED ACTIONS. | |

**ORDER GRANTING DEAN & DUNN ROOFING, LLC'S MOTION FOR ATTORNEY'S FEES, COSTS AND INTEREST**

Lien Claimant Dean & Dunn Roofing, LLC's Motion for Interest, Costs and Attorney's Fees [#17] having been heard before the Court on August 26th, 2010 at the hour of 10:30 a.m., being represented by Christopher H. Byrd, Esq. of Fennemore Craig, P.C., the Court having considered the Motion and the arguments of counsel and there being no opposition and good cause appearing therefore, Dean & Dunn Roofing, LLC's Motion for Attorney's Fees, Costs and Interest is hereby GRANTED.

/ / /

FENNEMORE CRAIG, P.C.
LAS VEGAS

LAS/TDAY/98448.1/18687.004

IT IS FURTHER ORDERED that DEAN & DUNN ROOFING, LLC shall recover from Defendant's the revised total of $61,784 for reasonable attorney's fees, which amount shall be added to the amount of Dean & Dunn's lien amount and bear interest at the statutory rate until paid in full.

**IT IS SO ORDERED**

Dated this _ 14th day of September, 2010

_____
United State District Court Judge

Respectfully Submitted By:

FENNEMORE CRAIG, P.C.

By: /s/Christopher H. Byrd, Esq.
    Christopher H. Byrd, Esq. (No. 1633)
    300 South Fourth Street, Suite 1400
    Las Vegas, Nevada  89101
    Telephone: (702) 692-8000
    Attorneys for Lien Claimant
    DEAN & DUNN ROOFING, LLC

FENNEMORE CRAIG, P.C.
LAS VEGAS

LAS/TDAY/98448.1/18687.004

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14th, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Person(s) Served:**

Christopher McCullough, Esq.
McCullough Perez & Associates, Ltd.
601 South Rancho Drive, Ste. A-10
Las Vegas, NV 89106
chrislaw@mcpalaw.com
*Attorneys for Plaintiff McKimmey Electric, Inc.*

Randal D. Shimon, Esq.
Mark A. Smith, Esq.
Shimon & Smith, PC
4175 S. Riley Street, Suite 102
Las Vegas, NV 89147
randy@shimonandsmith.com
mark@shimonandsmith.com
*Attorneys for Defendant AmTrust Bank f/k/a Ohio Savings Bank*

Donald Williams, Esq.
Williams & Wiese
501 South Rancho Drive, Suite D-22
Las Vegas, NV 89106
donaldhwilliamslaw@gmail.com
*Attorneys for Lien Claimant The A.C. Houston Lumber Company*

Brian K. Berman, Esq.
721 Gass Avenue
Las Vegas, NV 89101
*Attorney for Lien Claimant Southwest Iron Works, LLC*

Gus W. Flangas, Esq.
Flangas McMillan Law Group
3275 So. Jones Blvd., Suite 105
Las Vegas, NV 89146
gwf@flangasmcmillan.com
*Attorneys for Norpac Construction, Inc.*

Gerald Wade Donaldson
Total Sign Systems
3021 S. Valley View, #108
Las Vegas, NV 89102
totalsignman@aol.com

Wade B. Gochnour, Esq.
Howard & Howard Attorneys, P.C.
3800 Howard Hughes Pkwy, Suite 1400
Las Vegas, NV 89169
wbg@h2law.com
*Attorneys for Lien Claimant Statewide Fire Protection*

David J. Winterton, Esq.
David J. Winterton & Associates
211 North Buffalo Drive, Suite A
Las Vegas, NV 89145
david@davidwinterton.com
*Attorneys for Lien Claimant Bricker Construction*

D. Shane Clifford, Esq.
Robin E. Perkins, Esq.
Dixon, Truman, Fisher & Clifford, P.C.
221 North Buffalo Drive, Suite A
Las Vegas, NV 89145
shanec@dixontruman.com
rperkins@dixontruman.com
*Attorneys for Lien Claimant Pacific Coast Supply, LLC*

Becky A. Pintar, Esq.
Gibbs, Giden, Locher, Turner & Senet LLP
3993 Howard Hughes Pkwy, Suite 530
Las Vegas, NV 89169
bpintar@gglts.com
*Attorneys for Lien Claimant The Masonry Group Nevada, Inc.*

FENNEMORE CRAIG, P.C.
LAS VEGAS

LAS/TDAY/98448.1/18687.004

- 3 -

| | | |
|---|---|---|
| 1 | Eleissa C. Lavelle, Esq.<br>Duane Morris LLP<br>100 North City Parkway Suite 1560<br>Las Vegas, NV 89106-4617<br>*Attorneys for FDIC as Receiver for Amtrust Bank f/k/a Ohio Savings Bank* | David A. Stephens, Esq.<br>Stephens Gourley & Bywater<br>3636 North Rancho Drive<br>Las Vegas, NV 89130<br>dstephens@lvcm.com<br>*Attorneys for Lien Claimant Offsite Development, Inc.* |

Brian K. Berman, Esq.
721 Gass Avenue
Las Vegas, NV 89101
*Attorney for Lien Claimant Southwest Iron Works, LLC*

_____
An Employee of FENNEMORE CRAIG, P.C.

FENNEMORE CRAIG, P.C.
LAS VEGAS

LAS/TDAY/98448.1/18687.004

- 4 -