✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                                        Nevada

| | |
|---|---|
| McKimmey Electric Inc | ATTORNEY'S FEES |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Flamingo/TC LLC et al | Case Number:  2:10-CV-0382 PMP-RJJ |
| Defendants. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Dean & Dunn Roofing LLC shall recover from Defendant's the revised total of $61,784 for reasonable attorney's fees, which amount shall be added to the amount of Dean & Dunn's lien amount and bear interest at the statutory rate until paid in full.

| | |
|---|---|
| September 14, 2010 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |