DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
WILLIAMS & WIESE
612 South Tenth Street
Las Vegas, Nevada 89101
*Attorney for THE A.C. HOUSTON LUMBER COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| McKIMMEY ELECTRIC, INC., a Nevada corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>FLAMINGO/TC, LLC, a Nevada limited liability company; HIGHLAND DEVELOPMENT CO. dba WESTMARK HOMES, a Nevada corporation; AMTRUST BANK f/k/a OHIO SAVINGS BANK, a federal savings bank; ASPEN FINANCIAL SERVICES, LLC, a Nevada limited liability company, on behalf of and as attorney in fact for the Firms and Individuals collectively defined as Lenders on Exhibit "1" attached hereto and incorporated herein by reference; THE FIRMS AND INDIVIDUALS identified on Exhibit "1" attached hereto and incorporated herein, all of whom are named as Defendants in this action; and DOES 1-500, inclusive,<br><br>          Defendants. | CASE NO.: 2:10-cv-00382-PMP-RJJ<br><br>**ORDER GRANTING THE A.C. HOUSTON LUMBER COMPANY'S MOTION FOR ATTORNEY'S FEES, COSTS AND INTEREST** |
| AND ALL RELATED ACTIONS | |

///

///

///

1

## ORDER GRANTING THE A.C. HOUSTON LUMBER COMPANY'S MOTION FOR ATTORNEY'S FEES, COSTS AND INTEREST

Lien Claimant The A.C. Houston Lumber Company's Motion for Attorney's Fees, Costs and Interest, having been heard before the Court on August 26th, 2010 at the hour of 10:30 a.m., THE A.C. HOUSTON LUMBER COMPANY being represented by Donald H. Williams, Esq. of The Law Offices of WILLIAMS & WIESE, AMTRUST BANK and IOTA INDIGO, LLC being represented by Mark A. Smith, Esq. of the law firm of SHIMON & SMITH, P.C., the Court having considered the Motion and the arguments of counsel and good cause appearing therefore, The A.C. Houston Lumber Company's Motion for Attorney's Fees, Costs and Interest is hereby GRANTED.

IT IS FURTHER ORDERED that THE A.C. HOUSTON LUMBER COMPANY shall recover from Defendants a total of $33,795.00 for reasonable attorney's fees, $991.00 for the costs of the suit, and interest in the amount of $43,008.08 through August 25th, 2010, plus continuing interest through the date that the judgment is paid in full.

IT IS SO ORDERED this 12th day of October, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE


Respectfully submitted this ___ day of September, 2010.

WILLIAMS & WIESE

_____
DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
612 South Tenth Street
Las Vegas, Nevada 89101
*Counsel for The A.C. Houston Lumber Company*