AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

McKimmey Electric, Inc

Plaintiff,

v.

Flamingo/TC, LLC et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-00382-PMP-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is hereby entered in favor of Lien Claimant AC Houston Lumber Co. shall recover from Defendants a total of $33,795.00 for attorney's fees , $991.00 for costs, and interest in the amount of $43,008.08 through 8/25/2010, plus continuing interest though the date the judgment is paid in full.

10/13/2010
Date

/s/ Lance S. Wilson
Clerk

/s/ Sutawnee Duckro
(By) Deputy Clerk