# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MCKIMMEY ELECTRIC, INC., a Nevada corporation, | 2:10-CV-00382-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| FLAMINGO/TC, LLC, a Nevada limited liability company, et al, | |
| Defendants. | |
| AND RELATED INTERVENTION ACTIONS | |

**IT IS ORDERED that** Defendant Iota Indigo, LLC's fully briefed Motion for Reconsideration of State District Court Order Granting Summary Judgment in Favor of Dean & Dunn Roofing, LLC (Doc. #113), filed on September 2, 2010, is **DENIED**.

DATED: October 13, 2010.

_____
PHILIP M. PRO
United States District Judge