**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MCKIMMEY ELECTRIC, INC., a Nevada corporation, | 2:10-CV-00382-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| FLAMINGO/TC, LLC, a Nevada limited liability company, et al, | |
| Defendants. | |
| AND RELATED INTERVENTION ACTIONS | |

Before the Court for consideration is Plaintiff McKimmey Electric, Inc.'s fully briefed Motion (Doc. #126) for Order Granting:

1. Sale of Liened Property;
2. Establishing Sale Date, Sale Procedures and Return Date; and
3. For an Award of Post-Judgment Attorney's Fees and Costs

Having read and considered the foregoing Plaintiff McKimmey's Motion should be GRANTED.

**IT IS ORDERED.**

**IT IS FURTHER ORDERED that** the parties shall forthwith meet and confer regarding an appropriate form of order providing for the sale of the liened property pursuant to the provision of NRS 108.239(10); establishing the sale date,

sale procedures and return date pursuant to NRS 108.239(11) and for an award post-judgment attorney fees and costs pursuant to NRS 108.237.  Said Order shall be submitted by Plaintiff for the Court's consideration on or before **November 12, 2010**.

DATED: October 13, 2010.

_____
PHILIP M. PRO
United States District Judge