1

2

3

4          **UNITED STATES DISTRICT COURT**

5          **DISTRICT OF NEVADA**

6                            * * *

7  MCKIMMEY ELECTRIC, INC.,           )
   a Nevada corporation,              )        2:10-CV-00382-PMP-RJJ
8                                     )
               Plaintiff,             )
9  vs.                                )        **ORDER**
                                      )
10 FLAMINGO/TC, LLC, a Nevada         )
   limited liability company, et al, )
11                                    )
                                      )
12             Defendants.            )
                                      )
13 _____    )
                                      )
14 AND RELATED INTERVENTION ACTIONS   )
                                      )
15 _____    )

16         Before the Court for consideration is Defendant Iota Indigo, LLC's Motion

17 for Reconsideration of State District Court Order Granting Summary Judgment in

18 Favor of Norpac Construction (Doc. #133), filed on September 29, 2010.  On

19 October 18, 2010, Norpac Construction filed an Opposition to Defendant Iota

20 Indigo, LLC's Motion (Doc. #142).  Defendant Iota Indigo, LLC's filed a Reply

21 Memorandum (Doc. #145) filed October 28, 2010.

22         This Court has previously denied similar motions filed on behalf of

23 Defendant Iota Indigo, LLC (See Doc.'s #115 and #136).  Having read and

24 considered the foregoing, and good cause appearing,

25 ///

26 ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**IT IS ORDERED that** Defendant Iota Indigo, LLC's Motion for Reconsideration of State District Court Order Granting Summary Judgment in Favor of Norpac Construction (Doc. #133) is **DENIED**.

DATED:  November 1, 2010.

PHILIP M. PRO
United States District Judge

2