# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MCKIMMEY ELECTRIC, INC.,
a Nevada corporation,

    Plaintiff,

vs.

FLAMINGO/TC, LLC, a Nevada
limited liability company, et al,

    Defendants.

AND RELATED INTERVENTION ACTIONS

2:10-CV-00382-PMP-RJJ

**ORDER**

On October 13, 2010, this Court entered an Order (Doc. #139) granting Plaintiff McKimmey Electric, Inc.'s Motion for Sale of Liened Property (Doc. #126), and directing that Plaintiff submit a proposed order of sale by November 12, 2010.

On November 12, 2010, Plaintiff McKimmey Electric submitted its Proposed Order of Sale of Liened Property (Doc. #147). Also on November 12, 2010, Defendant Iota Indigo, LLC filed and Emergency Motion to Stay Sale of Liened Property (Doc. #148). Defendant Iota Indigo, LLC also filed a Notice of Appeal (Doc. #149) on November 12, 2010 with regard to this Court's Order of Sale of Liened Property (Doc. #139). After full briefing on Defendant Iota Indigo, LLC's motion to stay, this Court entered an Oder (Doc. #159) on November 29, 2010

granting Defendant Iota Indigo, LLC's motion for stay pending appeal condition upon the filing of a supercedeas bond in the amount of $4,000,000.00 on or before December 29, 2010. As a result, the Court will reserve consideration of Plaintiff McKimmey Electric's Proposed Order for Sale of Liened Property (Doc. #147) until December 29, 2010 when it can be determined whether Defendant Iota Indigo, LLC will secure its requested Stay Pending Appeal by the filing of the required supercedeas bond.

**IT IS SO ORDERED.**

DATED: December 6, 2010.

_____
PHILIP M. PRO
United States District Judge