# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MCKIMMEY ELECTRIC, INC., a Nevada corporation, | 2:10-CV-00382-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| FLAMINGO/TC, LLC, a Nevada limited liability company, et al, | |
| Defendants. | |
| AND RELATED INTERVENTION ACTIONS | |

Before the Court for consideration is Defendant Iota Indigo, LLC's Motion to Dismiss and for Release and Exoneration of Bond is **GRANTED**.

DATED: October 31, 2011.

_____
PHILIP M. PRO
United States District Judge